PERKINS, Individually and as Industrial Commissioner of the New York State Department of Labor, and Another.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of JACOB S. WEINERMAN to Compel MARK HENRY SCHNEIDER, an Attorney, to Return Fee Received.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

NAVIGAZIONE GENERALE ITALIANA v. SWITZERLAND GENERAL INSURANCE COMPANY OF ZURICH.— Motion denied. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

NEW YORK REALTY OPERATORS, INC., v. GERTRUDE C. MARK, Individually and as Executrix, etc., of REBA A. LETTERMAN.— Motion withdrawn. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

SAMUEL EISENBERG v. ADELDOR CONSTRUCTION Co., INC.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE ATTORNEY-GENERAL for the Production by the Clerk of this Court before the Committee on Grievances, etc., of the Exhibits on File in this Court in the Disciplinary Proceeding, etc., against LOUIS L. KATZ, an Attorney.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

EVELYN BUILDING CORPORATION, Appellant, Respondent, v. THE CITY OF NEW YORK, Respondent, Appellant, and LARocCA CONSTRUCTION CORPORATION, Respondent.— Judgment affirmed, without costs as between the plaintiff and the defendant, The City of New York, and with costs to the respondent LaRocca Construction Corporation against the appellants. No opinion. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

EVELYN BUILDING CORPORATION, Appellant, v. THE CITY OF NEW YORK and LARocCA CONSTRUCTION CORPORATION, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

JOHN COTRO, Respondent, v. NAPPI HOLDING CORPORATION, Appellant, Impleaded with Another.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $20,178.92; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

KATHERINE FICHTE and RICHARD FICHTE, Respondents, v. QUEENS BUS LINES, INC., Appellant.— Judgment appealed from in favor of the plaintiff Katherine Fichte reversed and a new trial ordered, with costs to the appellant to abide the event, unless the said plaintiff stipulates to reduce the judgment as entered to the sum of $905.85; in which event the judgment as so modified is affirmed, without costs. Judgment appealed from in favor of plaintiff Richard Fichte reversed and a new trial ordered unless said plaintiff stipulates to reduce the judgment as entered to the sum of $250; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

255 W. 90TH CORPORATION, Appellant, v. CONOR PYNE, Respondent, Impleaded